# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MARK YOUNG, | : | No. 158 EM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| PRESIDENT JUDGE OF THE COMMON PLEAS COURT OF PHILADELPHIA COUNTY, | : : : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of January, 2017, the Application for Leave to File Original Process and Petitions for Leave to Respond are **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.